HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-130-RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| CHRISTOPHER S. NEWCOMBE, | |
| Defendant. | |

THE COURT, having considered the unopposed motion to extend the deadline for pretrial motions, and finding good cause, GRANTS the motion (Dkt. #24).

IT IS ORDERED that the deadline for filing all pretrial motions, including motions in limine, is extended from June 15, 2020 to July 9, 2020.

DATED this 16th day of June, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*USA v. Newcombe* / CR19-130-RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100