HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER S. NEWCOMBE,<br><br>Defendant. | No. CR19-130-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation considering the COVID-19 pandemic, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial under the current circumstances of the COVID-19 outbreak and in accordance with our district's General Order; and

(d) the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE
(*USA v. Newcombe* / CR19-130-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(f) the additional time requested between the current trial date of August 3, 2020, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, meet in person with his client, considering all of the facts set forth above; and

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #26) is GRANTED.  The trial date in this matter is continued to March 22, 2021.  All pretrial motions, including motions in limine, shall be filed no later than February 4, 2021.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of March 22, 2021, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 4th day of August, 2020.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE
(*USA v. Newcombe* / CR19-130-RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100