HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER S. NEWCOMBE,<br><br>  Defendant. | No. CR19-130-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING VIA VIDEOCONFERENCE |

THE COURT has considered Defendant's unopposed motion to proceed with guilty plea hearing by videoconference, and the files and records herein, and having found good cause,

IT IS ORDERED that the motion (Dkt. # 29) is GRANTED.  The parties are directed to schedule a plea hearing to be held via videoconference before the criminal-duty magistrate judge upon a mutually agreeable date and time.

DATED this 10th day of March, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO PROCEED WITH GUILTY
PLEA HEARING VIA VIDEOCONFERENCE
(*USA v. Newcombe* / CR19-130-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100