HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER SCOTT NEWCOMBE,<br><br>  Defendant. | No. CR19-130-RAJ<br><br>ORDER DENYING MOTION TO EXTEND SELF-SURRENDER DATE |

THIS MATTER comes before the Court upon Defendant Christopher Scott Newcombe's Motion to Extend Self-Surrender Date. The Court has reviewed Defendant's motion, and the records and files in this case.

IT IS NOW ORDERED that Defendant's Motion to Extend Self-Surrender Date (Dkt. # 57) is DENIED.

DATED this 29th day of July, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge