HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR19-130-RAJ |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION FOR RECONSIDERATION AND EXTENDING SELF-SURRENDER DATE |
| CHRISTOPHER S. NEWCOMBE, | ) |
| Defendant. | ) |

This Court has reviewed the Defendant's motion to reconsider his request to extend the self-surrender date, and after reviewing the records and files in this case,

IT IS NOW ORDERED that the motion to reconsider (Dkt. # 59) is GRANTED. The date by which Mr. Newcombe must report to the Bureau of Prisons is extended to no sooner than November 1, 2021.

DATED this 3rd day of August, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
RECONSIDERATION AND EXTENDING
SELF-SURRENDER DATE
(*USA v. Newcombe* / CR19-130-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100