The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SCOTT NEWCOMBE,<br><br>Defendant. | No. CR19-130-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

    a.    One Dell Laptop Computer, Model: P12F, SN: 2S66QQ1, seized from the Defendant on June 14, 2019;

    b.    One MacBook Pro, Model: A1398, SN: C02WJ0013FD56, seized from the Defendant on June 14, 2019;

    c.    One Apple iPhone, Model: A1662, SN: FR8WJ00TH2XM, IMEI 356600081985530, seized from the Defendant on June 14, 2019;

    d.    One Apple iPad, Model: A1670, SN: DLXVL29PHND7, seized from the Defendant on June 14, 2019;

FINAL ORDER OF FORFEITURE - 1
*United States v. Newcombe,* CR19-130-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

    e.    One Western Portable External Hard Drive, Model: "My Passport Ultra", Red, SN: WXL1EA50AV3R, seized from the Defendant on June 14, 2019;

    f.    One Western Portable External Hard Drive, Model: Unknown, SN: WX21A9177001, seized from the Defendant on June 14, 2019;

    g.    One Western Portable External Hard Drive, Model: Unknown, SN: WXC208619856, Red, seized from the Defendant on June 14, 2019;

    h.    One Verbatim Compact Disk, Model: CD-R, SN: W2310J6203641, seized from the Defendant on June 14, 2019;

    i.    One San Disk Thumb Drive, Model: "Cruzer Glide 8 GB", SN: B11405244498, Black, seized from the Defendant on June 14, 2019;

    j.    One Tsunami Dream Computer Tower, Model: Unknown, SN: Unknown, Black, seized from the Defendant on June 14, 2019; and

    k.    One Toshiba Portable External Hard Drive, Model: Unknown, SN: 443ATTQ8T18B, Black, seized from the Defendant on June 18, 2019.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Newcombe entered on March 17, 2021, he agreed to forfeit his interest in the above-identified property as property used to commit or to promote his commission of the offense, Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), to which he entered a guilty plea (Dkt. No. 36, ¶ 13);

2. On June 2, 2021, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting the Defendant's interest in it (Dkt. No. 46);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 55); and

4. The time for filing third-party petitions has expired and none were filed.

FINAL ORDER OF FORFEITURE - 2
*United States v. Newcombe,* CR19-130-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The Department of Homeland Security Investigations, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 16th day of August, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 3
*United States v. Newcombe,* CR19-130-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970