Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00130-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBIT |
| CHRISTOPHER SCOTT NEWCOMBE, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Christopher Scott Newcombe's Motion to Seal Exhibit 1 to Defendant's Motion to Modify Conditions of Release. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibits, the Court finds good cause to GRANT the Motion (Dkt. 75).

It is hereby ORDERED that Exhibit 1 to Defendant's Motion to Modify Conditions of Release shall remain sealed.

DATED this 14th day of November, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*United States v. Newcombe*, 2:19-cr-00130-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100