Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER SCOTT NEWCOMBE,<br><br>  Defendant. | No. 2:19-cr-00130-RAJ<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |

THE COURT, having considered Defendant Christopher Scott Newcombe's motion to modify conditions of supervised release, and the files and pleadings in this case, hereby

ORDERS that the motion (Dkt. 76) is GRANTED. Special Conditions 1 and 2 of the Amended Judgment, Dkt. 56, shall be modified as follows:

Special Condition 1 shall allow Mr. Newcombe to access social media internet sites using computer and/or smart phone applications that have been approved by U.S. Probation and are subject to monitoring by U.S. Probation.

Special Condition 2 shall be stricken. The record indicates that Mr. Newcombe has satisfied the special condition requiring mental health treatment.

DATED this 26th day of November, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER MODIFYING CONDITIONS
OF SUPERVISED RELEASE
(*United States v. Newcombe*, 2:19-cr-00130-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100